SUNSHINE BOOK CO. ET AL. *v.* SUMMERFIELD, POSTMASTER GENERAL.

No. 587.   Decided January 13, 1958.

*O. John Rogge* for petitioners.

*Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted and the judgment of the United States Court of Appeals for the District of Columbia Circuit is reversed.   *Roth* v. *United States,* 354 U. S. 476.